UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| James Buechler, individually and on behalf of all others similarly situated, | 1:22-cv-02717-RDB |
| Plaintiff, | Hon. Richard D. Bennett |
| - against - | |
| Albertsons Companies, Inc., | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff gives notice that this action is voluntarily dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 8, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

APPROVED: 3/8/2023      /s/  -  Richard D. Bennett
                       U.S. Senior District Judge